UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO INC.,

                     Plaintiff,

         -v-

VIA MOTORS, INC., *et al.*,

                     Defendants.

23-CV-9390 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    A telephone conference was held in this matter on June 13, 2024. As discussed during the conference, Defendants shall produce no later than **July 10, 2024,** the documents and records that are the subject of ECF No. 55 and ECF No. 56.

    All fact discovery shall be completed by July 19, 2024. Plaintiff shall file its motion for summary judgment on or before August 2, 2024. Defendants shall file their opposition to Plaintiff's motion for summary judgment on or before August 16, 2024. Plaintiff shall file its reply in further support of its motion for summary judgment on or before August 23, 2024.

    SO ORDERED.

Dated: June 13, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge