UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO INC.,

                Plaintiff,

-v-

VIA MOTORS, INC., *et al.*,

                Defendant.

23-CV-9390 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    A telephone conference was held in this matter on August 1, 2024. As discussed during that conference, Defendants Via Motors, Inc. and Ideanomics, Inc. shall produce the documents that are the subject of ECF No. 55 and ECF No. 56 on or before August 22, 2024. If Defendants fail to produce such documents, the Court shall strike any answer with respect to the issue of successor liability, and Defendants shall be barred from introducing any evidence pertaining to the issue of successor liability in this action. The parties shall file a joint status update regarding the progress of fact discovery on or before August 30, 2024.

    SO ORDERED.

Dated: August 1, 2024
       New York, New York

                                            _____
                                            J. PAUL OETKEN
                                            United States District Judge