

Sullivan & Worcester LLP
1251 Avenue of the Americas
New York, NY 10020

212 660 3000
sullivanlaw.com

August 28, 2024

**VIA ECF AND EMAIL**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007
OetkenNYSDChambers@nysd.uscourts.gov

Re:  **Ricardo Inc. v. Via Motors, Inc., et al., Case No. 23 Civ. 9390 (JPO)**

Dear Judge Oetken:

We represent plaintiff Ricardo Inc. ("Ricardo) in the above-referenced matter. We respectfully submit this joint status update as directed by the Court in the Court's Order dated August 1, 2024 (ECF No. 66).

As the Court may be aware, at the Settlement Conference before Magistrate Judge Parker held on August 22, 2024, the parties entered into stipulated judgments against defendants and in favor of Ricardo, and agreed to confer jurisdiction for this case upon Magistrate Judge Parker. On August 23, 2024, Magistrate Judge Parker entered an Order and Judgment on Motion for Judgment and Stipulated Judgment (ECF No. 72).

Hence, at this point we are simply waiting for the Clerk to enter judgment consistent with that Order and Judgment and to then close the case.

We respectfully thank the Court for its time and assistance in this matter.

Respectfully submitted,

/s/ Gerry Silver

Gerry Silver, Esq.

cc:  All Counsel of Record