**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RICARDO INC.,

                Plaintiff,

   -against-                                     23 **CIVIL** 9390 (KHP)

                                                      **AMENDED JUDGMENT**

VIA MOTORS, INC., et al.,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Judgment on Motion for Judgement and Stipulated Judgment dated August 23, 2024, that Defendants Wave and Ideanomics are in default of the Settlement and are jointly and severally liable to Ricardo for the full amount due; IT IS FURTHER ORDERED THAT the motion regarding the Settlement is GRANTED and judgment shall be entered against Wave and Ideanomics in the amount of $90,000.00, plus pre-judgment interest at the rate of 9% per annum beginning to accrue on July 20, 2024 for a total interest of $754.52, as well as post-judgment interest at the federal rate. IT IS FURTHER ORDERED THAT, judgment shall be entered against Via and Ideanomics in the amount of $1,000,000, plus post-judgment interest at the federal rate.

**Dated:** New York, New York

      September 17, 2024

                                                            **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**

                                  **BY:**

                                                          **Deputy Clerk**