AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| RICARDO, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 23-CV-9390 (KHP) |
| VIA MOTORS, INC., et al. ) | |
| *Defendant* ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 09/19/2024 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X

RICARDO, INC.,

                Plaintiff,

                -against-

VIA MOTORS, INC., WIRELESS ADVANCED
VEHICLE ELECTRIFICATION CHARGING, LLC
d/b/a WAVE CHARGING and IDEANOMICS, INC.,

                Defendants.

------------------------------------------------ X

23 CIVIL 9390 (KHP)

**SECOND
AMENDED JUDGMENT**

    It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order and Judgment on Motion for Judgement and Stipulated Judgment dated August 23, 2024, that Defendants Wireless Advanced Vehicle Electrification Charging LLC d/b/a WAVE Charging and Ideanomics, Inc. are in default of the Settlement and are jointly and severally liable to Plaintiff Ricardo, Inc. for the full amount due; IT IS FURTHER ORDERED THAT the motion regarding the Settlement is GRANTED and judgment shall be entered in favor of Ricardo, Inc. and against Defendants Wireless Advanced Vehicle Electrification Charging LLC d/b/a WAVE Charging and Ideanomics, Inc. in the amount of $90,000.00, plus pre-judgment interest at the rate of 9% per annum beginning to accrue on July 20, 2024 for a total interest of $754.52, as well as post-judgment interest at the federal rate. IT IS FURTHER ORDERED THAT, judgment shall be entered in favor of Ricardo, Inc. and against Defendants Via Motors, Inc. and Ideanomics, Inc. in the amount of $1,000,000, plus post-judgment interest at the federal rate.

**SO ORDERED.**

Dated:    New York, New York
            September 19, 2024

*Katharine H. Parker*
_____
Katharine H. Parker
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2024